(April 10, 1986)

■ THERESA F. HOOKE, Respondent, v DOMINADOR M. ALMEDA et al., Appellants.—Judgment, Supreme Court, New York County (Arthur E. Blyn, J.), entered on August 8, 1984, unanimously reversed, on the law and the facts, without costs or disbursements, and a new trial ordered solely on the issue of damages, unless plaintiff, within 20 days after service upon her attorney of a copy of the order to be entered herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $50,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended, is affirmed, without costs or disbursements.

After review of the record, the damages appear to us to be excessive to the extent indicated. Concur—Murphy, P. J., Kupferman, Ross, Rosenberger and Wallach, JJ.

■ In the Matter of JOHN DOE, Petitioner, v SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents. ROBERT M. MORGENTHAU, as District Attorney of the County of New York, Intervenor.—Two cross motions granted, and applications for a writ of mandamus and a writ of prohibition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Lynch, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GIBSON, Appellant.—Appeal from judgment, Supreme Court, New York County (Joan Carey, J.), rendered on December 20, 1983, unanimously dismissed as moot. No opinion. Concur—Ross, J. P., Asch, Fein, Milonas and Ellerin, JJ.

■ JOHN B. BELL, Appellant, v NEW YORK HIGHER EDUCATION ASSISTANCE CORPORATION, Respondent, et al., Defendants. —Order, Supreme Court, New York County (Elliott Wilk, J.), entered on August 29, 1985, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal, and the appeal from the memorandum decision of said court, entered on September 3, 1985, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Ross, J. P., Fein, Milonas and Ellerin, JJ.